# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147280

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARNELL JAVON BROWN, a/k/a
TEDDY GARDNER,
      Defendant-Appellant.

SC: 147280
COA: 309552
Washtenaw CC: 11-000429-FC

_____/

On order of the Court, the application for leave to appeal the May 28, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

h1021